IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Michelle Jones | * | |
| Plaintiff(s) | | |
| | * | |
| vs. | | Civil Action No.: L02-3105 |
| | * | |
| Ellen W. Cosby | | |
| Defendant(s) | * | |

\* \* \* \* \* \*

## ORDER

Appellant(s) having failed to file with the Clerk and serve on the appellee(s) a designation of the items to be included in the record on appeal and a statement of the issues to be presented within 10 days after filing the notice of appeal as required by Bankruptcy Rule 8006, it is, this _24th_ day of _September_ 2002,

ORDERED that appellant(s) show cause within 10 days of the date of this order why this appeal should not be dismissed. Failure to show good cause within 10 days of the date of this order shall result in this court making a finding that the failure to comply with Bankruptcy Rule 8006 was negligent and that any further delay in prosecuting this appeal will be prejudicial to appellee(s) and to the orderly and expeditious management of the affairs of the Bankruptcy Court.

Benson Everett Legg
United States District Judge