IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MICHELLE JONES | * |
| plaintiff | * |
| vs, | *  Case No. L02-3105 |
| | * |
| ELLEN COSBY | * |
| defendant | * |

### LINE DISMISSING APPEAL

The Plaintiff Michelle Jones by her attorney Louis J. Fiechtner hereby dismisses and/or withdraws her appeal to this Court from the Order of The Honorable James P. Schneider of August 7, 2002.

By: _____
Louis J. Fiechtner, 03160
8401 Corporate Drive, Suite 445
Landover, MD 20785
(301) 577-2324

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 16, 2002, a copy of the foregoing was mailed postage prepaid first class to Douglas Gorius PO Box 20016 Baltimore, MD 21284 attorney for the Defendant.

By: _____
Louis J. Fiechtner

APPROVED THIS 23rd DAY OF December, 2002

_____
BENSON EVERETT LEGG, U.S.D.J.